1051

[No. 48677-2-I. Division One. September 30, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRI AUMICK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-01758-2, David F. Hulbert, J., entered May 10, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48926-7-I. Division One. September 30, 2002.]

ARMADA WEST CAMPUS, INC., *Appellant*, v. STANLEY L. SIDELL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-27758-1, William L. Downing, J., entered August 9, 2001. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Ellington, JJ.

[No. 48928-3-I. Division One. September 30, 2002.]

KATHERINE POTTS, *Appellant*, v. DUANE SMITH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-06649-8, Thomas J. Wynne, J., entered July 12, 2001. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker, C.J., and Schindler, J.

[No. 48938-1-I. Division One. September 30, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CORY E. ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-01818-0, Bruce W. Hilyer, J., entered June 11, 2001. *Affirmed* by unpublished per curiam opinion.